State, 34 Tex.Cr.R. 63, 29 S.W. 42; Robinson v. State, 56 Tex.Cr.R. 62, 118 S.W. 1037.

In the case of Slay v. State, 117 Tex.Cr. R. 519, 33 S.W.2d 459, 460, this court, speaking through Judge Morrow, said: "It has been specifically declared that an indictment is not duplicitous which in several counts alleges different owners of stolen property."

We note from the court's instruction that he submitted the case to the jury on the second count alone and withdrew from their consideration the first and third counts. Consequently, no error is reflected by the record.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## HEWITT v. STATE.
### No. 21643.

Court of Criminal Appeals of Texas.

June 11, 1941.

John Davenport, of Wichita Falls, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of driving while intoxicated and given a fine of ten days in jail and $150.

The indictment in this case was returned on July 19, 1939. The trial was had on January 16, 1940. The transcript is before us without statement of facts and it contains no bills of exception. There is no explanation for the delay in filing it in this court, and we find nothing presented for our consideration.